# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GARY ALDANA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BEACON ROOFING SUPPLY, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 18-10283-DMG (GJSx)<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) [21]** |

Pursuant to the parties' Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, all parties are to bear their own costs and fees incurred in this action.

DATED: December 10, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1